```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
LUIS FERNANDO LOMELI-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS FERNANDO LOMELI-RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR S-05-355-GEB <br><br> STIPULATION VACATING TRIAL CONFIRMATION AND JURY TRIAL DATES, SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME; PROPOSED ORDER <br><br> Judge:Hon. Garland E. Burrell,Jr. |

Plaintiff United States of America and Defendant LUIS FERNANDO LOMELI-RODRIGUEZ, through their respective attorneys, hereby stipulate and agree to vacate the currently scheduled trial confirmation and jury trial dates, schedule a status conference for October 28, 2005, at 9:00 a.m., and exclude time from October 12, 2005, until October 28, 2005. Mr. Lomeli-Rodriguez has identified certain facts about his family history that need to be investigated to determine if he has a potential citizenship claim. Mr. Lomeli-Rodriguez's father and stepmother are deaf and arrangements need to be made to interview them as part of this investigation. After the investigation into these matters is concluded, both parties anticipate resolution of this case without the

necessity of a trial.  This continuance is being sought solely for the purpose of permitting the above-mentioned activities to take place.

The parties further stipulate and agree that the time period from today, October 12, 2005, to October 28, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: October 12, 2005           Respectfully submitted,

McGREGOR W. SCOTT                 QUIN DENVIR
United States Attorney            Federal Defender


/s/ Michael M. Beckwith           /s/ Daniel J. Broderick
MICHAEL M. BECKWITH               DANIEL J. BRODERICK
Assistant U.S. Attorney           Chief Assistant Federal Defender

Attorneys for Plaintiff           Attorneys for Defendant
UNITED STATES OF AMERICA          LUIS FERNANDO LOMELI-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | NO. CR S-05-355-GEB |
|                                     ) | |
|            Plaintiff,               ) | |
|                                     ) | ORDER VACATING TRIAL CONFIRMATION |
|     v.                              ) | HEARING, JURY TRIAL DATE, |
|                                     ) | SCHEDULING STATUS CONFERENCE AND |
| LUIS FERNANDO LOMELI-RODRIGUEZ,     ) | EXCLUDING TIME |
|                                     ) | |
|            Defendant.               ) | |
|                                     ) | Judge:Hon.Garland E. Burrell, Jr. |
| _____) | |

Pursuant to the stipulation of the parties, filed on October 12, 2005, IT IS HEREBY ORDERED that the trial confirmation hearing scheduled for October 14, 2005, and the jury trial scheduled for October 31, 2005, are hereby vacated.  IT IS FURTHER ORDERED that a status conference be scheduled in this case for October 28, 2005, at 9:00 a.m., and, for the reasons stated in the stipulation, the time period from October 12, 2005, to October 28, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED:   October 13, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

Stip. Vacating TCH & Jury Trial     1