```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
    Telecopier:(916) 498-5710
 5
    Attorneys for Defendant
 6  LUIS FERNANDO LOMELI-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-355-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME; |
| ) | PROPOSED ORDER |
| LUIS FERNANDO LOMELI-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | Judge:Hon. Garland E. Burrell,Jr. |
| ) | |
| _____ ) | |

Plaintiff United States of America and Defendant LUIS FERNANDO LOMELI-RODRIGUEZ, through their respective attorneys, hereby stipulate and agree to continue the status conference in this case from October 28, 2005, to November 4, 2005, at 9:00 a.m.  The investigation into Mr. Lomeli-Rodriguez's family background has been completed, but defense counsel needs additional time to review the proposed plea agreement and presentence report with Mr. Lomeli-Rodriguez,.

The parties further stipulate and agree that the time period from today, October 24, 2005, to November 4, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for

1  the defendants the reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence.
3       Dated: October 24, 2005          Respectfully submitted,
4  McGREGOR W. SCOTT                     QUIN DENVIR
   United States Attorney                Federal Defender
5
6
   /s/ Michael M. Beckwith               /s/ Daniel J. Broderick
7  MICHAEL M. BECKWITH                   DANIEL J. BRODERICK
   Assistant U.S. Attorney               Chief Assistant Federal Defender
8
   Attorneys for Plaintiff               Attorneys for Defendant
9  UNITED STATES OF AMERICA              LUIS FERNANDO LOMELI-RODRIGUEZ

Stip. Continuing Status Conf.        2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-355-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| LUIS FERNANDO LOMELI-RODRIGUEZ, | ) | |
| | ) | Judge:Hon.Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, filed on October 24, 2005, IT IS HEREBY ORDERED that the status conference currently scheduled in this case for October 28, 2005, be continued until November 4, 2005, at 9:00 a.m., for the reasons stated in the stipulation.  IT IS FURTHER ORDERED that the time period from October 24, 2005, to November 4, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated:   October 25, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip. Continuing Status Conf.          1